NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAYWARD INDUSTRIES, INC.,**
*Appellant*

v.

**PENTAIR WATER POOL AND SPA, INC.,**
*Appellee*

---

2017-1124

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,008.

---

**O R D E R**

Upon further review of the official caption,

IT IS ORDERED THAT:

The revised official caption is reflected above.

                                          FOR THE COURT

                                          /s/ Peter R. Marksteiner
                                          Peter R. Marksteiner
                                          Clerk of Court